FILED
Charlotte
Dec 16 2024
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>DANIEL EDUARDO MUNOZ NAJAR<br>*Defendant* | Case No. 3:24-CR-258-MOC |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **DANIEL EDUARDO MUNOZ NAJAR**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: Illegal reentry by an aggravated felon

Date: 12/10/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 12/10/2024, and the person was arrested on *(date)* 12/16/2024
at *(city and state)* Charlotte, NC.

Date: 12/16/2024

*Arresting officer's signature*

Erin North — Deportation Officer
*Printed name and title*